**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7690**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DANNY THIEMECKE,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg.  Charles H. Haden II, Chief District Judge.  (CR-88-39, CA-97-397-6)

───────────

Submitted:  February 11, 1999        Decided:  February 25, 1999

───────────

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Danny Thiemecke, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny Thiemecke seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Thiemecke, Nos. CR-88-39; CA-97-397-6 (S.D.W. Va. Sept. 18, 1998). We deny Thiemecke's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED